UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-10249-SK                                                                 Date: July 8, 2022

Title      Brian Lugrain v. EKO North America, Inc., et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE RE SANCTIONS**

     Plaintiff and his counsel are ordered to show cause why sanctions should not be imposed for failure to comply with the Court's settlement conference order (and for ignoring the courtroom deputy clerk's communications about the settlement conference).  Their written response, with declarations submitted under penalty of perjury, are due by no later than **12 PM on Monday, July 11, 2022**.  Failure to comply with this order may lead to additional sanctions.  Meanwhile, the settlement conference set for July 13, 2022 (via Zoom) is vacated.  Counsel for defendants who prepared and signed their confidential settlement conference statement is requested to submit a declaration, also by no later than Noon on July 11, outlining that counsel's actual billed hourly rate and the number of hours expended to prepare defendants' written confidential statement.